No. 03–1237. MERCK KGAA *v.* INTEGRA LIFESCIENCES I, LTD., ET AL. C. A. Fed. Cir. The Acting Solicitor General is invited

to file a brief in this case expressing the views of the United States. JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of this petition.